■ PETER PETROV, Appellant, v MARIYA BASHEVA-PETROVA, Respondent. [847 NYS2d 464]—In an action for a divorce and ancillary relief, the plaintiff appeals from stated portions of an order

of the Supreme Court, Westchester County (Walker, J.), dated April 25, 2006, which, after a hearing, inter alia, directed him to pay the defendant pendente lite maintenance in the amount of $900 per month and an interim attorney's fee in the sum of $10,000.

Ordered that the order is affirmed insofar as appealed from, without costs or disbursements.

We decline to disturb the award to the defendant of pendente lite maintenance as it was a proper accommodation between the reasonable needs of the defendant and the financial ability of the plaintiff (*see Stubbs v Stubbs,* 41 AD3d 832, 833 [2007]; *Barone v Barone,* 41 AD3d 623, 624 [2007]; *Iwanow v Iwanow,* 39 AD3d 471, 472 [2007]).

In light of the financial disparity between the parties, the award of an interim attorney's fee was a provident exercise of the court's discretion (*see Stubbs v Stubbs,* 41 AD3d 832 [2007]; *Cooper v Cooper,* 32 AD3d 376, 377 [2006]; *Singer v Singer,* 16 AD3d 666, 667 [2005]).

The plaintiff's remaining contentions are without merit. Crane, J.P., Fisher, Carni and McCarthy, JJ., concur.